SLIP OPINION  Cite as 2015 Ark. App. 482

# ARKANSAS COURT OF APPEALS

DIVISION II
**No.** CV–15–209

| | |
|---|---|
| DENNIS SCHLUTERMAN<br><br>APPELLANT<br><br>V.<br><br>BECKO MACHINE WORKS and<br>AMTRUST NORTH AMERICA<br>APPELLEES | **Opinion Delivered** September 16, 2015<br><br>APPEAL FROM THE ARKANSAS<br>WORKERS' COMPENSATION<br>COMMISSION [NO. G010248]<br><br><br><br>AFFIRMED |

## PHILLIP T. WHITEAKER, Judge

Appellant Dennis Schluterman appeals an Arkansas Workers' Compensation Commission (Commission) decision determining that his left-hand condition was not a compensable consequence of his admittedly compensable right-hand injury. Schluterman contends that there was insufficient evidence to support this determination.

The Commission's decision adequately summarizes Schluterman's testimony, the previous workers' compensation claim with respect to Schluterman's right hand, and the relevant medical records. Further, the Commission exercised its duty to make determinations of credibility, weigh the evidence, and resolve any conflicts in the testimony and evidence. *Ark. Methodist Med. Ctr. v. Blansett*, 2013 Ark. App. 480. Because the only issue on appeal is the sufficiency of the evidence and because the opinion of the Commission thoroughly

explains its decision, we affirm by memorandum opinion pursuant to sections (a) and (b) of

*In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985).

Affirmed.

GLADWIN, C.J., and HOOFMAN, J., agree.

*Medlock, Gramlich & Sexton, LLP*, by: *Michael Ellig*, for appellant.

*Friday, Eldredge & Clark, LLP*, by: *Guy Alton Wade* and *Phillip M. Brick, Jr.*, for appellees.